AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Sep 23, 2026 8:37 AM**
Lucy H.Carrillo, Clerk of Court

**SEALED**

**BY ORDER OF THE COURT**

| | | |
|---|---|---|
| United States of America<br>v.<br>SEAN SAKAIDA<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. MJ 26-00887 WRP<br><br>**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of at least appx. 12/1/25 - 01/31/26 in the county of Honolulu in the -- District of Hawaii, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) and (b)(1); and<br>18 U.S.C. § 2252A(a)(5)(B) | Receipt of Child Pornography and Possession of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Andrea Gordner

*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: September 23, 2026

City and state: Honolulu, Hawaii

Wes Reber Porter
United States Magistrate Judge

KENNETH M. SORENSON
United States Attorney
District of Hawaii

HEIDI TURNER
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Heidi.Turner@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN SAKAIDA,<br><br>Defendant. | CASE NO. MJ 26-00887 WRP<br><br>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, ANDREA GORDNER, after being duly sworn, depose and state as follows:

1. This affidavit is submitted for the purpose of establishing probable cause for a complaint charging that from a date unknown but at least in or about December 2025 through January 2026, in the District of Hawaii and elsewhere, Sean SAKAIDA ("SAKAIDA" or the "SUBJECT") received and possessed child

pornography, in violation of 18 United States Code § 2252A(a)(2) and (b)(1) (Receipt of Child Pornography) and 18 United States Code § 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography).

2. I am a Special Agent with the Federal Bureau of Investigation and have been since June 2021. I am presently assigned to the FBI's Honolulu Division, where I focus on cybercrime. I completed the 21-week Basic Field Training Course in Quantico, Virginia, which included training from the FBI regarding computer technology, computer fraud, white collar crime, violent crime, interviewing and interrogation techniques, and arrest and search warrant procedures. I have also received extensive specialized training relating to cybercrime. I am currently assigned to the violent crime squad, working primarily crimes against children investigations.

3. Over the course of approximately three years, I have worked investigations involving crimes against children almost exclusively. Through my training and investigative experience, I have developed an understanding of the methods commonly employed by individuals who sexually exploit children, including the techniques used to identify, manipulate, and groom minor victims for sexual abuse and exploitation.

4. As part of my investigative responsibilities, I have conducted forensic reviews and examinations of digital devices seized from numerous subjects in crimes against children investigations. These examinations have involved evidence

related to victims ranging in age from infancy through 17 years old and have included the identification, review, and analysis of child sexual abuse material (CSAM), digital communications, Internet activity, and other electronically stored evidence relevant to these investigations.

5. Additionally, I have completed specialized online undercover training focused on conducting covert communications with individuals involved in crimes against children. This training included instruction on communicating in a manner consistent with offenders engaged in child exploitation investigations, as well as communicating in a manner that is consistent with the language and behavior of child victims when appropriate for authorized undercover operations.

6. Prior to joining the FBI, I worked for the Central Intelligence Agency for four years. My education includes a bachelor's degree in mathematics from the University of South Carolina.

7. The facts and information contained in this affidavit are based on my personal involvement in this investigation, personal knowledge and observations, my review of records and documents obtained during this investigation, and information received from other individuals, including analysts and other law enforcement officers, as well as my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause to obtain a criminal complaint, it does not set forth each and every fact known by me or the United States.

## PROBABLE CAUSE

8. In January 2026, a member of the public provided a tip to an FBI Special Agent at FBI Honolulu, alleging a possible inappropriate relationship between an adult, SEAN SAKAIDA ("SUBJECT"), and a 17-year-old student whom he coached at Moanalua High School, located in Honolulu, Hawaii, since at least freshman year of high school (hereinafter "Minor Victim 1" or "MV1"). This tipster indicated students on SUBJECT's wrestling team would have more information about this alleged inappropriate relationship.

9. As a result of this tip, in January 2026, a Child and Adolescent Forensic Interviewer ("CAFI") conducted an interview of a minor (hereinafter referred to as "Minor Witness 1" or "MW1") regarding the relationship between SUBJECT and MV1. MW1 reported that SUBJECT coached both MV1 and MW1 in girls' wrestling while they were students at Moanalua High School, located in Honolulu, Hawaii. MW1 stated that on a trip to Las Vegas, Nevada, for wrestling, MV1 and SUBJECT shared a bed and had a relationship that was beyond that of coach and athlete. MW1 also knew that SUBJECT and MV1 were texting and used another application besides regular text messaging to communicate, but MW1 did not know which application. Based on my training and experience, I know that perpetrators of child exploitation often use applications for communications because they often have features, such as encryption and auto-deletion, that can help a perpetrator conceal his/her communications from law enforcement.

10. In January 2026, FBI Special Agents attempted to talk to the mother of MV1 (hereinafter "Adult Witness 1" or "AW1") regarding the relationship between MV1 and SUBJECT. At that time, AW1 did not fully cooperate. However, in July 2026, AW1 recontacted FBI Honolulu to report her new concerns about SUBJECT and her daughter (MV1), and called SUBJECT a "pedophile." AW1 said she went through MV1's phone and saw a WhatsApp conversation between MV1 and the number 808-392-8843, SUBJECT's phone number. Sometime shortly before July 29, 2026, AW1 used her phone to make a video recording of their conversation, which she provided to the FBI, and which I reviewed.

11. In this recording, I observed the conversation settings were set to disappear after 24 hours, so AW1 was only able to record the previous 24 hours of communications and, therefore, was only able to provide a small number of messages exchanged between MV1 and SUBJECT. In the recorded conversation, MV1 and SUBJECT both called each other "baby," and both said, "I love you." MV1 sent SUBJECT a photo of herself, topless with a towel around her waist, covering her genitalia. MV1 and SUBJECT also talked about having sex numerous times. For example, SUBJECT asked, "When can I hit it?" I believe "hit it" is a slang reference to engaging in sexual intercourse.

12. In July 2026, WhatsApp preservation letters were sent for WhatsApp accounts associated with MV1's and SUBJECT's phone numbers. According to records obtained from T-Mobile, 808-392-8843 is subscribed to by SUBJECT.

13. In August 2026, a WhatsApp Pen Register/Trap and Trace ("PRTT") court order was issued for SUBJECT's phone number. In addition, the records received from the PRTT order showed that SUBJECT sent and received images to and from MV1 on nearly a daily basis. The records obtained through the PRTT order also showed that SUBJECT and MV1 frequently participated in video calls.

14. According to the WhatsApp PRTT results, between approximately August 21, 2026, and September 14, 2026—a period of only approximately 25 days—MV1 was one of three contacts associated with the account and, by far, the most frequently contacted individual. During this limited period, there were approximately 5,644 exchanges between the account and MV1, including media (images and videos), video calls, telephone calls, text messages, and reaction messages.

15. In August 2026, the FBI obtained and received a federal search warrant, number MJ 26-00825 RT, for the iCloud account associated with SUBJECT's email address, sean.sakaida@gmail.com. This account was known to belong to SUBJECT because subpoena returns from Apple for his phone number revealed this was the email associated with the iCloud, and his home address was listed. Based on my training and experience, I know iCloud and the Internet-based

messaging application WhatsApp use the Internet to store and transmit information in their typical use by their users. I know the Internet is a facility of interstate commerce and, therefore, that utilization of iCloud and WhatsApp involves the use of a facility of interstate commerce for usual functionality.

16. SUBJECT appeared to have turned off a full backup to iCloud and backup features in WhatsApp; however, the FBI was able to recover evidence from SUBJECT's iCloud account, such as the following:

a. Approximately 18 photos of MV1 were found in SUBJECT's iCloud. These were likely backed up before SUBJECT turned his phone backup off, and they all appeared to come from WhatsApp. The metadata from these images shows the images were likely received between December 2025 and January 2026. They were saved in a WhatsApp backup[1] to SUBJECT's iCloud. The photos are mostly of MV1 topless from the waist up, similar to the photo seen in the recording made in July 2026 by AW1, as referenced earlier. For example:

[1] This is not the same as a backup of the phone. A WhatsApp iCloud backup is managed by WhatsApp and is separate from the general iPhone iCloud backup system. To turn off WhatsApp backups, the user must manually go into Settings for the WhatsApp application, rather than settings for the phone. If end-to-end encryption had been turned on at this point, it is unlikely that the FBI would have been able to see the media content.

1. There is one image of MV1 naked in what appears to be a bathroom. She is completely naked and her hand is placed such that it is covering her stomach/part of her genitalia. Her breasts are exposed and she is smiling while looking at her iPhone. The date for this photo indicates it was likely received on or around December 5, 2025.[2]

2. There is another image of MV1 taking a picture in the mirror while posing. In this image, MV1 is using a towel to cover her genitalia, but part of her legs can be seen. The date for this photo indicates it was likely received on or around December 22, 2025.

3. There is another image of MV1 posing in the mirror completely nude, which shows her vagina, as well. She has one hand placed on the counter of the bathroom sink and is using the other hand to take the picture with her phone. She is making a kissy face and looking at the camera. The date for this

[2] This and the other dates referenced in this paragraph were obtained from the files' metadata and likely indicate the day the media was backed up to the iCloud, which in turn likely indicates the date the message was originally received by the WhatsApp account recipient. Though it may be possible these dates refer to the backup date, this is unlikely given the iCloud account was backing up daily before SUBJECT turned off backup features.

photo indicates it was likely received on or around January 5, 2026.

4. There is another image of MV1 posing while getting out of the shower. Her body is still wet, and she is sticking out her tongue. She is holding a towel such that it blocks her genitalia, but her breasts are exposed. The date for this photo indicates it was likely received on or around January 17, 2026.

5. There is another image of MV1 posing while in a car. She is clothed and wearing a seatbelt. She is sticking out her tongue to make a face for the photo. The date for this photo indicates it was likely received on or around January 20, 2026.

b. There were notes from the Notes application on SUBJECT's iPhone backed up, mostly centered around wrestling topics. However, there was one note that had many of the Moanalua High School players and their birthdates, to include MV1's birthdate.

c. Notably absent from the iCloud returns is a contact card for MV1. SUBJECT had many of the wrestlers saved in his contacts, but MV1's did not appear as a saved contact, indicating, in my training and experience, a possible concealment of the nature and frequency of their communications.

17. WHEREFORE, based on the aforementioned facts, I respectfully submit that there is probable cause that from a date unknown but from at least in or about December 2025 through January 2026, in the District of Hawaii and elsewhere, the SUBJECT, Sean SAKAIDA, received and possessed child pornography, in violation of 18 United States Code § 2252A(a)(2) and (b)(1) (Receipt of Child Pornography) and 18 United States Code § 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography).

Respectfully submitted,

ANDREA GORDNER
Special Agent
Federal Bureau of Investigations

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 23rd day of September, 2026, at Honolulu, Hawaii.

Wes Reber Porter
United States Magistrate Judge