ORIGINAL

KENNETH M. SORENSON
United States Attorney
District of Hawaii

HEIDI TURNER
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Heidi.Turner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 15 2026
at 2 o'clock and 45 min. P M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR CR 26-00120 LEK |
| Plaintiff, | INDICTMENT |
| vs. | Counts 1 – 4: 18 U.S.C. §§ 2251(a) and 2251(e) |
| SEAN SAKAIDA, | Counts 5 – 9: 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1) |
| Defendant. | Counts 10 – 13: 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2) |
| | Count 14: 18 U.S.C. §§ 1591(a)(1) and 1591(b)(2) |

INDICTMENT

The Grand Jury charges:

Count 1
Production of Child Pornography
(18 U.S.C. §§ 2251(a) and (e))

On or about April 14, 2026, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and in and affecting such commerce, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, namely a video file depicting SAKAIDA receiving oral sex from Minor Victim 1.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

Count 2
Production of Child Pornography
(18 U.S.C. §§ 2251(a) and (e))

On or about April 14, 2026, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of

producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and in and affecting such commerce, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, namely a video file depicting SAKAIDA engaging in sexual intercourse with Minor Victim 1.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

<u>Count 3</u>
Production of Child Pornography
(18 U.S.C. §§ 2251(a) and (e))

On or about April 21, 2026, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and in and affecting such commerce, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce

by any means, including by computer, and which visual depiction was transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, namely a video file depicting SAKAIDA performing oral sex on Minor Victim 1.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

<u>Count 4</u>
Production of Child Pornography
(18 U.S.C. §§ 2251(a) and (e))

On or about May 27, 2026, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, and in and affecting such commerce, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depiction was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, namely a video file depicting SAKAIDA receiving oral sex from Minor Victim 1.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

<u>Count 5</u>
Distribution of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

On or about April 14, 2026, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, namely the video file referenced in Count 1.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

<u>Count 6</u>
Distribution of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

On or about April 14, 2026, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, namely the video file referenced in Count 2.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

Count 7
Distribution of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

On or about April 21, 2026, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, namely the video file referenced in Count 3.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

Count 8
Distribution of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

On or about May 27, 2026, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, namely the video file referenced in Count 4.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A)

and (b)(1).

<u>Count 9</u>
Receipt of Child Pornography
(18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

On or about August 28, 2026, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did knowingly receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, namely a video file of Minor Victim 1 masturbating.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

<u>Count 10</u>
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

On or about December 5, 2025, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did knowingly access with intent to view any material, namely an online messaging application, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been mailed, shipped, and transported using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce by any means, including by computer, and having been

produced using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

Count 11
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

On or about December 22, 2025, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did knowingly access with intent to view any material, namely, an online messaging application, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been mailed, shipped, and transported using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce by any means, including by computer, and having been produced using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

Count 12
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

On or about January 5, 2026, in the District of Hawaii and elsewhere, SEAN

SAKAIDA, the defendant, did knowingly access with intent to view any material, namely, an online messaging application, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been mailed, shipped, and transported using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce by any means, including by computer, and having been produced using materials that had been mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

Count 13
Possession of Child Pornography
(18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

On or about January 17, 2026, in the District of Hawaii and elsewhere, SEAN SAKAIDA, the defendant, did knowingly access with intent to view any material, namely, an online messaging application, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been mailed, shipped, and transported using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce by any means, including by computer, and having been produced using materials that had been mailed, shipped, and transported in or

affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

Count 14
Sex Trafficking of Children
(18 U.S.C. §§ 1591(a)(1) and 1591(b)(2))

On or about a date unknown in 2024, in the District of Hawaii, SEAN SAKAIDA, the defendant, in and affecting interstate or foreign commerce, did knowingly recruit, entice, transport, provide, obtain, and maintain by any means Minor Victim 2, who had not attained the age of 18 years, knowing and in reckless disregard of the fact that Minor Victim 2 would be caused to engage in a commercial sex act, and after having had a reasonable opportunity to observe Minor Victim 2 and knowing and in reckless disregard of the fact that Minor Victim 2 had not attained the age of 18 years.

All in violation of Title 18, United States Code, Section 1591(a)(1) and (b)(2).

Forfeiture Notice

1. The allegations contained in Counts 1-14 of this Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeitures pursuant to Title 18, United States Code, Section 2253(a).

2. The United States hereby gives notice to the defendant that, upon conviction of the offenses charged in this Indictment, the United States will seek forfeiture, in accordance with Title 18, United States Code, Section 2253(a), of (a) any visual depiction described in Title 18, United States Code, Sections 2251 or 2252A, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of that section; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 herein:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty,

the United States will be entitled to forfeiture of substitute property up to the value

of the property described above in paragraph 2, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

DATED: October 15, 2026, at Honolulu, Hawaii.

A TRUE BILL

*/s/ Foreperson*
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
United States Attorney
District of Hawaii

HEIDI TURNER
Special Assistant U.S. Attorney

United States v. Sean Sakaida
Indictment
Case No. CR 26- CR 26-00120 LEK